COMMISSIONER OF INTERNAL REVENUE v. James E. MacMURRAY.

No. 5447.

Circuit Court of Appeals, Seventh Circuit.

Feb. 5, 1935.

Frank J. Wideman, of Washington, D. C., for petitioner.

Thurlow G. Essington, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on May 11, 1934, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. MASCOT OIL COMPANY, Respondent.

No. 7579.

Circuit Court of Appeals, Ninth Circuit.

April 9, 1935.

Frank J. Wideman, Asst. Atty. Gen., for petitioner.

George G. Witter, Mitchell & Witter, and J. Arthur Greenfield, all of Los Angeles, Cal., and Theo. B. Benson, of Washington, D. C., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered petition to review dismissed; mandate forthwith.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. MERCHANTS FIREPROOF BUILDING COMPANY, Respondent.

No. 7790.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

A. Calder Mackay, of Los Angeles, Cal., for respondent.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered petition to review dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.